UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Leroy Brandon Tresco,

Debtors.

Chapter 7
Case No. 26-50047

NOTICE OF APPEARANCE,
REQUEST FOR SERVICE OF NOTICES
AND PAPERS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9013-2, the undersigned counsel hereby appears on behalf of Farmer and Merchants State Bank of Pierz ("Farmer and Merchants"), and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on Farmer and Merchants by and through its counsel, as follows:

> Atle Saterbak (#0504648)
> 225 South Sixth Street, Suite 3500
> Minneapolis, MN 55402
> Telephone: (612) 604-6683
> Facsimile: (612) 604-6800
> Email: asaterbak@winthrop.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and section 1109(b) of the Bankruptcy Code, (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands,

requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of Farmer and Merchants to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: February 3, 2026            **WINTHROP & WEINSTINE, P.A.**

By:   */s/ Atle Saterbak*
Atle Saterbak (#0504648)
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6683
Facsimile: (612) 604-6800
asaterbak@winthrop.com

## CERTIFICATE OF SERVICE

I certify that on February 3, 2026, I caused this document to be filed electronically with the Clerk of the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all persons and entities on file with the Court's ECF System.

Dated: February 3, 2026            By: */s/ Atle Saterbak*
Atle Saterbak (#0504648)